1  **Thomas E. Rockett, III, Esq., SBN 126248**
   **LAW OFFICES OF THOMAS E. ROCKETT, III**
2  **10 Pointe Drive, Suite 150**
   **Brea, California 92821**
3  **(714) 494-2470 -** *Telephone*
   **(714) 494-2466 -** *Facsimile*
4
   Attorney For Plaintiffs, KEVIN MAHER & MARIBEL MAHER
5

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MAHER; MARIBEL MAHER, ) | CASE NO.:  CV09-08646 CAS (Jcx) |
| ) | |
| Plaintiffs, ) | *Hon. Christina A. Snyder* |
| ) | *Courtroom 5 - Second Floor* |
| vs. ) | |
| ) | **PLAINTIFF'S NOTICE OF OPPOSITION** |
| DANIELLE STAUB; and DOES 1 through ) | **AND OPPOSITION TO DEFENDANT'S** |
| 20, inclusive, ) | **MOTION IN LIMINE NO. THREE (3) TO** |
| ) | **EXCLUDE ANY EVIDENCE,** |
| Defendants. ) | **DOCUMENTS, AND/OR TESTIMONY** |
| ) | **REGARDING ANY AND ALL** |
| _____ ) | **POLYGRAPH TESTS TAKEN BY** |
| | **PLAINTIFF, KEVIN MAHER** |

Pre-Trial Conference:      October 18, 2010
Time:                      11:00 a.m.
Courtroom:                 5

Date Action Filed:         October 8, 2009
Discovery Cut-Off:         August 2, 2010
Trial Date:                February 16, 2011

**TO THIS HONORABLE COURT AND TO THE DEFENDANT AND HER COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that October 8, 2010 at 11:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 5 of the above-entitled Court, Plaintiff will seek to oppose the present motion in limine on the grounds that the evidence concerning the polygraph test taken by the Plaintiff is relevant and of substantial probative value with little or no prejudicial effect.

1

This opposition will be further based upon this notice, the attached Memorandum of Points and Authorities, all pleadings and papers on file herein, as well as all oral and/or documentary evidence that may be presented at the hearing of the present motion.

DATED: September 24, 2010              LAW OFFICES OF THOMAS E. ROCKETT, III


By   s/ - Thomas E. Rockett, III
THOMAS E. ROCKETT, III, ESQ.
Attorney For Plaintiff,
KEVIN MAHER

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I**

**INTRODUCTION**

On October 8, 2009, Plaintiffs brought an action in the Superior Court in and for the County of Los Angeles against defendant sounding in defamation and intentional infliction of emotional distress. The cause of action for intentional infliction of emotional distress has been dismissed. The basis for the defamation cause of action stems from an interview defendant provided in the June 2009 edition of *People* magazine, a nationally circulated magazine, wherein she alleged to the writer of the article, Mark Dagostino, that Plaintiff, KEVIN MAHER, during their brief marriage in 1988, raped defendant on a bed of broken glass, inserted his handgun inside of defendant and played Russian Roulette, and killed defendant's dog by way of hanging. At the time of the publication, allegations concerning Mr. Maher of raping the defendant on broken glass and killing her dog made it to print.

The defamatory statements arose as a result of the fame the defendant garnered as a cast member of the reality hit T.V. show *The Real Housewives of New Jersey*. When confronted with a book on the show, *Cop Without A Badge*, co-authored by Mr. Maher, disclosing a past the defendant had essentially denied, the defendant, in an effort to preserve her credibility, sought to discredit the accounts in the book by discrediting Mr. Maher by way of the subject defamatory statements. Not only did she seek to spread such untruths through *People* magazine, but also told such untruths to the cast members of *The Real Housewives of New Jersey*.

Within the insert article entitled "*He Said She Said*" Mr. Maher denies his involvement and challenged the defendant to take a polygraph test in order to test each other's credibility. Plaintiff took the polygraph test and passed.

**II**

**LEGAL ARGUMENT**

*Federal Rules of Evidence*, Rule 403 allows for relevant evidence as long as "its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the

3

Plaintiff's Opposition To Defendant's Motion In Limine No. 3

1  issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless
2  presentation of cumulative evidence."

### III
### THE PROBATIVE VALUE OF THE POLYGRAPH TEST SUBSTANTIALLY OUTWEIGHS ANY PREJUDICE THAT MAY BEFALL THE DEFENDANT

In the subject article, Plaintiff was quoted as challenging the defendant to take a polygraph test in order to put to task each other's credibility concerning the criminal acts charged to the Plaintiff by the defendant. Both the Plaintiff and the defendant have jointly agreed to the admission of the subject article in this matter.

Plaintiff must be given the opportunity to present to the jury the fact that he took a polygraph test, he passed the test, and to present to the jury the results of such test. The subject article already mentions Plaintiff's challenge. The jury should be privy to the fact that Mr. Maher took a polygraph test and passed the test.

In no way does this preclude the defendant from cross-examining any witness called to lay the foundation for the admission of the test, nor does it preclude the defendant from questioning the Plaintiff regarding its reliability. The defendant will continue to have the opportunity to test the weight of the evidence.

WHEREFORE, based upon the foregoing, it is respectfully requested that this court deny this motion in its entirety.

DATED: September 24, 2010                LAW OFFICES OF THOMAS E. ROCKETT, III


By   s/ - Thomas E. Rockett, III
    THOMAS E. ROCKETT, III, ESQ.
    Attorney For Plaintiff,
    KEVIN MAHER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 10 Pointe Drive, Suite 150, Brea, California 92821.
On September 27, 2010, I served the documents listed below on the parties in this action as follows:

DOCUMENT(S) SERVED: **PLAINTIFF'S NOTICE OF OPPOSITION AND OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. THREE (3) TO EXCLUDE ANY EVIDENCE, DOCUMENTS, AND/OR TESTIMONY REGARDING ANY AND ALL POLYGRAPH TESTS TAKEN BY PLAINTIFF, KEVIN MAHER**

SERVED UPON: See attached Service List

____ (BY MAIL) I placed such envelope on the above date, with postage fully prepaid, for deposit in the U.S. Postal Service at my place of business at Brea, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the U.S. Postal Service. Under that practice, such correspondence is deposited with the U.S. Postal Service the same day it is collected and processed in the ordinary course of business.

____ (BY HAND DELIVERY) I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date.

____ (BY FEDERAL EXPRESS) I am readily familiar with the practice of the Law Offices of Thomas E. Rockett, III for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

__X__ (BY ELECTRONIC MAIL) On the date indicated, I electronically filed this document through the CM/ECF System, which will send notice of the electronic filing of the aforementioned document to all counsel of record denoted on the Electronic Mail Notice List.

____ (BY FACSIMILE) I caused to be transmitted the document(s) described herein via the FAX number(s) listed on the attached service list.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on September 27, 2010 at Brea, California.

                                                          s/ - Leticia Rivas
                                                          Leticia Rivas

Law Offices of Thomas E. Rockett, III
10 Pointe Drive, Suite 150
Brea, California 92821
(714) 494-2470 - Telephone
(714) 494-2466 - Facsimile

**Service List**

Kim Schumann, Esq.
Peter Cook, Esq.
Eric Arevalo, Esq.
SCHUMANN, RALLO & ROSENBERG, LLP
3100 Bristol Street, Suite 400
Costa Mesa, California 92626
(714) 850-0210 - *Telephone*
*(714) 850-0551 - Facsimile*

Attorneys for Defendant, DANIELLE STAUB